## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

NEW CINGULAR WIRELESS PCS, LLC   )
d/b/a AT&T,    )        Case No. 4:25-CV-01405
   )
     Plaintiff,    )
   )
v.    )
   )
CITY OF RICHMOND HEIGHTS,   )
   )
     Defendant.    )

### MOTION TO DISMISS COUNT V OF PLAINTIFF'S AMENDED COMPLAINT

COMES NOW Defendant City of Richmond Heights ("Defendant"), by and through the undersigned counsel, and for its Motion to Dismiss Count V of Plaintiff New Cingular Wireless PCS, LLC d/b/a AT&T's ("Plaintiff's") First Amended Complaint (the "Complaint"), states as follows.

Count V of Plaintiff's Complaint seeks judicial review of Defendant's denial of Plaintiff's application for a conditional use permit (the "CUP Application") to construct a cell phone tower (the "Proposed Tower") under Mo.Rev.Stat. §536.100 *et seq.*, for contested cases. Count V must be dismissed for failure to state a claim upon which relief may be granted because Plaintiff fails to sufficiently allege facts to support a statutory basis for seeking review as a contested case pursuant to Mo.Rev.Stat. § 536.100. Defendant's memorandum in support of this Motion is submitted concurrently herewith.

WHEREFORE, Defendant City of Richmond Heights prays that the Court enters its Order dismissing Count V of Plaintiff's First Amended Complaint, and for such other and further relief as this Court deems just and appropriate.

CURTIS, HEINZ, GARRETT
& O'KEEFE, P.C.


/s/Daniel T. Batten_____
Daniel T. Batten #MO58810
222 S. Central Avenue, 10th Floor
St. Louis, MO  63105
(314) 725-8788
(314) 725-8789 Fax
dbatten@chgolaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2026, a true and correct copy of the foregoing document was electronically filed and served by operation of the Court's electronic filing system upon all attorneys of record.


_/s/Daniel T. Batten_____